UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*ELECTRONICALLY FILED*

JAMES BROCKMAN, ET AL.                                          PLAINTIFFS

v.                                                CIVIL ACTION NO. 3:06-cv-332(H)

BARTON BRANDS, LTD.                                              DEFENDANT

## MOTION OF BARTON BRANDS, LTD TO EXCLUDE TO PLAINTIFFS' EXPERT REPORT OF STEPHEN PAUL AND DANIEL C. MASER

Defendant Barton Brands, Ltd., n/k/a Constellation Spirits Inc. d/b/a Barton Brands ("Barton Brands"), through counsel, respectfully moves this Court to exclude Plaintiffs' Expert Report of Stephen Paul and Daniel C. Maser of Enviroair Consultants, Inc. ("Enviroair"), dated December 31, 2008. The arguments supporting this Motion are contained in the Memorandum of Barton Brands in Support thereof and filed simultaneously with this Motion.

A proposed Order is tendered herewith.

Respectfully submitted,

/s/ *Janet P. Jakubowicz*
Janet P. Jakubowicz
Steven A. Brehm
GREENEBAUM, DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202-3103
(502) 589-4200

COUNSEL FOR DEFENDANT, BARTON BRANDS, LTD n/k/a CONSTELLATION SPIRITS, INC., d/b/a BARTON BRANDS

## CERTIFICATE OF SERVICE

    I hereby certify that on the 8th day of May, 2009, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Matthew L. White | Peter W. Macuga, II |
| Mark K. Gray | Steven D. Liddle |
| Franklin Gray & White | Macuga & Liddle, P.C. |
| The Speed Mansion | 975 E. Jefferson Avenue |
| 505 West Ormsby Avenue | Detroit, Michigan 48207-3101 |
| Louisville, Kentucky 40203 | (313) 392-0015 |
| (502) 637-6000 | |
| | |
| COUNSEL FOR PLAINTIFFS | COUNSEL FOR PLAINTIFFS |

                                                /s/ *Janet P. Jakubowicz*
                                                COUNSEL FOR DEFENDANT

3390671_1.doc