UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*ELECTRONICALLY FILED*

JAMES BROCKMAN, ET AL.                                                        PLAINTIFFS

v.                                                    CIVIL ACTION NO. 3:06-cv-332(H)

BARTON BRANDS, LTD.                                                            DEFENDANT

## ORDER

Defendant Barton Brands, Ltd., n/k/a Constellation Spirits Inc. d/b/a Barton Brands ("Barton Brands"), through counsel, having moved this Court exclude Plaintiffs' Expert Report of Stephen Paul and Daniel C. Maser of Enviroair Consultants, Inc. ("Enviroair"), dated December 31, 2008; Plaintiffs having responded; and the Court being otherwise duly advised;

IT IS HEREBY ORDERED that the December 31, 2008 Expert Report of Stephen Paul and Daniel C. Maser should be, and hereby is, excluded from being introduced into evidence, and Plaintiffs are prohibited from testifying or relying on the December 31, 2008 Report at trial or any other proceeding in this matter.

2

Tendered by:

*/s/Janet P. Jakubowicz*
Janet P. Jakubowicz
Steven A. Brehm
GREENEBAUM, DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202-3103
(502) 589-4200

COUNSEL FOR DEFENDANT, BARTON BRANDS,
LTD n/k/a CONSTELLATION SPIRITS, INC.,
d/b/a BARTON BRANDS

3390685_1.doc

2