UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JAMES BROCKMAN, *et al.*,                                                                               PLAINTIFFS

v.                                                                                      CIVIL ACTION NO. 3:06-CV-332-H

BARTON BRANDS, LTD.                                                                              DEFENDANT

## BARTON BRANDS, LTD.'S MOTION FOR SUMMARY JUDGMENT

Defendant Barton Brands, Ltd. n/k/a Constellation Spirits, Inc. d/b/a Barton Brands ("Barton Brands"), pursuant to Fed. R. Civ. P. 56 and this Court's April 23, 2008 Scheduling on Agreed Litigation Plan and Discovery Schedule (Dkt. 101), respectfully submits this Motion for Summary Judgment on all claims asserted by Plaintiffs. In support of this Motion, Barton Brands states that fact discovery has closed and Plaintiffs' expert disclosure deadlines have passed. Despite Plaintiffs' discovery being closed, Plaintiffs have failed to produce any evidence to establish a "causal link" that the various substances they allege have fallen on their property or the variety of odors of which they complain have a connection with any activity of Barton Brands.

Similarly, Plaintiffs have failed to put on any expert evidence of damages and did not produce any expert reports or opinions as to any damages Plaintiffs may have incurred. As such, Plaintiffs have failed to meet their burden of proof with regard to the necessary elements of causation and damages. No genuine issues of material fact are in dispute on these issues and, as such, Barton Brands is entitled to summary judgment as a matter of law on its favor on all counts asserted by Plaintiffs.

A memorandum supporting this Motion and a proposed Judgment are tendered herewith.

        Respectfully submitted,

        */s/ Janet P. Jakubowicz*
        Janet P. Jakubowicz
        Steven A. Brehm
        Greenebaum Doll & McDonald PLLC
        3500 National City Tower
        101 South Fifth Street
        Louisville, Kentucky  40202-3197
        (502) 589-4200

        COUNSEL FOR DEFENDANT
        BARTON BRANDS, LTD. n/k/a
        CONSTELLATION SPIRITS INC. d/b/a
        BARTON BRANDS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via ECF/CM electronic mail on this the 18th day of June, 2009, upon:

| | |
|---|---|
| Matthew L. White | Peter W. Macuga, II |
| Mark K. Gray | Steven D. Liddle |
| Franklin Gray & White | Macuga & Liddle, P.C. |
| The Speed Mansion | 975 E. Jefferson Avenue |
| 505 West Ormsby Avenue | Detroit, Michigan  48207-3101 |
| Louisville, Kentucky 40203 | (313) 392-0015 |
| (502) 637-6000 | |
| | COUNSEL FOR PLAINTIFFS |
| COUNSEL FOR PLAINTIFFS | |

        */s/ Janet P. Jakubowicz*
        COUNSEL FOR DEFENDANT

3391057_1.doc