UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*ELECTRONICALLY FILED*

| | |
|---|---|
| JAMES BROCKMAN, ET AL. | PLAINTIFFS |
| v. | CIVIL ACTION NO. 3:06-cv-332(H) |
| BARTON BRANDS, LTD. | DEFENDANT |

## SUMMARY JUDGMENT

Having been moved by Defendant Barton Brands, Ltd., n/k/a Constellation Spirits Inc. d/b/a Barton Brands ("Barton Brands") for entry of Summary Judgment against Plaintiffs on all claims they have asserted herein; having considered the arguments of the parties; and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that summary judgment should be, and hereby, is GRANTED in favor of Barton Brands in all respects, there being no genuine issue as to any fact material to the claims asserted by Plaintiffs and the law being in favor of Barton Brands.

There being no just cause for delay, this is a final and appealable Judgment.

Tendered by:

*/s/ Janet P. Jakubowicz*
Janet P. Jakubowicz
Steven A. Brehm
GREENEBAUM, DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202-3103
(502) 589-4200

COUNSEL FOR DEFENDANT, BARTON BRANDS,
LTD n/k/a CONSTELLATION SPIRITS, INC.,
d/b/a BARTON BRANDS

3446343_1.doc