UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CASE NO.: 3:06CV-332-H

JAMES BROCKMAN, ET AL.                                                                PLAINTIFFS

V.

BARTON BRANDS, LTD.                                                                     DEFENDANT

**ORDER**

Defendant has moved for summary judgment at the close of discovery. For the reasons set forth in the accompanying Memorandum Opinion and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is SUSTAINED IN PART. Plaintiffs' claims for nuisance and negligence are DISMISSED WITH PREJUDICE. The trespass claim remains.

IT IS FURTHER ORDERED that Defendant's motion to Exclude Plaintiff's Expert Report is DENIED.

IT IS FURTHER ORDERED that Defendant has until **January 10, 2010**, to supplement its expert report to address the issue of mold.

cc:     Counsel of Record